Rev. 3/19

FILED
LODGED
RECEIVED    MAIL

JUL 02 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

JOHN ROPER THOMSON, #144945-W.C.J.

*Plaintiff's full name and prisoner number*

Plaintiff,

v.

TROOPER, BRAYSON, HIRES,
WASHINGTON STATE PATROL;
OFFICER, DUSTIN, SILVERTHORN,
OMAK POLICE DEPARTMENT;
SGT. JUSTIN, WEIGEL,
OKANOGAN COUNTY SHERIFFS OFFICE.

*Defendant's/defendants' full name(s)*

Defendant(s).

Case No. 25 CV1248 BHS DWC

(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS
COMPLAINT**

Jury Demand?

☑ Yes
☐ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1.    Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2.    Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

3.    Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.    Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

| Do not include: | Instead, use: |
|---|---|
| • a full social security number | → the last four digits |
| • a full birth date | → the birth year |
| • the full name of a minor | → the minor's initials |
| • a complete financial account number | → the last four digits |

5.    You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

## I.    PLAINTIFF INFORMATION

THOMSON JOHN ROPER
Name (Last, First, MI)

N/A
Aliases/Former Names

#149945, Whatcom County Jail I.D.
Prisoner ID #

Whatcom County Jail
Place of Detention

311 Grand Avenue.
Institutional Address

Whatcom, Bellingham    W.A.    98225
County, City    State    Zip Code

*Indicate your status:*

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee

☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☑ Convicted but not Sentenced prisoner

## II.    DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

TROOPER HIRES, BRAYSON H.

Defendant 1:  STATE PATROL, WASHINGTON
Name (Last, First)

State of Washington law enforcement Agency.
Current Job Title

2822 Euclid Avenue.
Current Work Address

Wenatchee,        W.A.        98801-5916
County, City            State            Zip Code

OFFICER SILVERTHORN, DUSTIN

Defendant 2:  POLICE DEPARTMENT, OMAK
Name (Last, First)

City of Omak, W.A. law enforcement Agency.
Current Job Title

2 North Ash Street, P.O. Box 72,
Current Work Address

Okanogan, Omak        W.A.        98841
County, City            State            Zip Code

SGT. WEIGEL, JUSTIN

Defendant 3:  Sheriff's Office, Okanogan County
Name (Last, First)

County law enforcement Agency
Current Job Title

123 5th Ave. North #200, Okanogan, W.A. 98840
Current Work Address

Okanogan        W.A.        98840
County, City            State            Zip Code

## III.    STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc. and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you must specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

<u>COUNT I</u> - See Attachment -

*Identify the first right you believe was violated and by whom:*

1.1 Violation of the Eighth And Fourteenth Amendments:

. WASHINGTON STATE PATROL

Deliberate Indifference to Serious Medical Needs. Trooper Brayson Hires,

. OMAK, W.A. Police Department, officer Dustin Silver-thorn

. OKANOGAN COUNTY Sheriff's Office, Sgt. Justin Weigel

*State the facts of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.* Factual Basis: On 8/7/22, At 18:58hrs,

1.2 John Roper Thomson was visibly suffering from a medical and mental health crisis — including vomiting, dehydration, incoherence, dizziness, symptoms of concussion And repeated loss of consciousness. Despite these clear signs And his repeated pleas to be taken to Jail or the hospital And to be seperated from his brother, Law Enforcement And EMS services declined to render proper medical Aid for John while in A state of vulnerability And crisis, despite numerous Alternative measures Available to ensure people in crisis receive fair And essential medical care.

¶(1.2) 1. Responding Officers and E.M.T.' failed to secure proper medical treatment.

2. A medical refusal form was signed by law enforcement on Johns behalf, while he was visibly incapable of providing informed consent.

3. little effort was made to transport him to a hospital, begin an involuntary psychiatric hold, detain/arrest John on his multiple warrants, or remove him from the unstable scene.

4. Defendants knowingly allowed a vulnerable, medically compromised man to deteriorate mentally and physically, then place him directly back into an abusive environment inside the Acura Sedan with his brother Robert Thomson.

¶(1.2)          - Constitutional Violations -

Eighth Amendment (via Fourteenth Amendment for Pre-Arrest individuals): Deliberate Indifference to serious medical needs.

Fourteenth Amendment (substantive due process): Government agents failed to act when John's health and safety were in critical jeopardy.

        ⚹ See Attachment: Count I paragraphs 1.1-1.4.

        ⚹ See: Attachment - Statement of facts continued.

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

¶ 1.3   See Attachment

¶ 1.4   See Attachment

⚹ Additional information specifying all Counts: 1-4 are in the following paragraphs 1.23 - 1.49 in Attachment

## COUNT II - See Attachment -

*Identify the second right you believe was violated and by whom:*

2.1 Violation of the Fourteenth Amendment: Procedural Due Process:
WSP- Trooper, Brayson Hires. OMAK, W.A. Police Department, Officer Dustin Silverthorn.
Okanogan county Sheriff's Office, Sgt. Justin Weigel. Life line EMS services.

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.* Factual Basis: on 8/7/22, At 18:58hrs.

Despite being incoherent, vomiting, displaying numerous visible signs of being in active 2.2 crisis mode and having multiple visible injuries, while being in contact with law enforcement and E.M.S.; A medical refusal form was improperly executed by law enforcement and E.M.S. rather than by John Thomson himself. Each Agent of the law and medical responder was either fully aware, or should have been aware, (by proper training), that in the state John Thomson was in At the time of this incident he lacked the capacity to give or deny informed consent. The fraudulent execution of this refusal form directly enabled the Abandonment of John Thomson while he was in a medically and mentally fragile and vulnerable state of crisis and diminished capacity, over to further violent abuse, felonious assaults, threats of imminent death and loss of life, liberty and pursuit of happiness.

— Constitutional Violation:—

Fourteenth Amendment (Procedural due process): Deprivation of liberty interests without lawful procedure or meaningful opportunity to be heard while in a state of competently sound mind.

(See: Attachment:) ⭐ Count II: paragraphs 2.1-2.2

⭐. Statement of facts relavent to All Counts I, II, III, IV, incidental to events during and following WSP-Case # 22-013415, resulting in permanent physical injuries, mental/psycdogical/ trauma, loss of freedom And violation of due process of law.

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

(See: Attachment )paragraphs 1.23 - 1.49 All counts)

## COUNT III - See Attachment -

*Identify the third right you believe was violated and by whom:*

Violation of the Fourteenth Amendment: State - Created - Danger/Failure to Protect,
3.1   through deliberate indifference, gross negligence.
WSP-Trooper, Brayson Hires. Omak, W.A. police Department; officer Dustin Silverthorn.
Okanogan County Sheriff's Office, Sgt. Justin Weigel. Other unknown law
enforcement personell/first responders.

*State the facts of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.* Factual Basis; Law Enforcement Knew that:
John R. Thomson had six active misdemeanor warrants and one felony warrant.
3.2 He was in the middle of active domestic violence incident that shows John to
be injured at several areas, most noticeable is the orbit of the left eye.
He was mentally and physically compromised, and at extreme risk of being harmed or harming
himself or others. A medical refusal form was improperly executed by law enforcement
rather than by John Thomson himself. Law enforcement and Life line, EMS,
were aware of, or should have been aware, (by proper training), that John lacked the capacity to give
informed consent medically because of his being in active crisis mode and incoherent.
The fraudulent execution of this refusal form directly enabled the abandonment of John
Thomson while he was in a medically and mentally fragile and vulnerable state
of crisis.

Page 7 of 9

— Constitutional Violation: —

1. Fourteenth Amendment (procedural due process): Deprivation of liberty interests without lawful procedure or meaningful crisis response.

2. Fourteenth Amendment (substantive due process): State-created-danger And failure to protect from foreseeable harm.

(See Attachment:)
★. Statement of facts relevent to All Counts I, II, III, IV, incidental to events during And following WSP-Case # 22-013415, resulting in permanent physical injuries, mental/psycological trauma, loss of freedom And violation of due process of law.

See Attachment: Count III paragraphs 3.1-3.5

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

(See: Attachment )paragraphs 1.23 - 1.49 All Counts.)

John R. Thomson
6/16/25 #144945
42 U.S.C. § 1983 civil claim.

## Count IV:

★ Identify the fourth right you believe WAS violated And by whom:

Count 4. Monell Liability - Policy, Practice, or Custom Causing Constitutional Violations.

Defendants: Washington State Patrol, Omak Police Department, Okanogan County Sheriff's Office,
Trooper; Hines, Brayson    officer Silverthorn, Dustin    Sgt. Weigel, Justin

Okanogan County: EMS - Life line.

## FACTUAL BASIS:

The conduct of officers And medical personell reflects systemic failures in:

1. Training, 2. Supervision, 3. And Policy/Procedure Application(s).

These include:

. Absence of clear procedures for dealing with individuals experiencing - Medical/Mental health crises.

. Failure to enforce warrant Arrest obligations.

. Lack of Appropriate training in handling domestic violence incidents, particularly where Mental health, And Substance use disorders are present.

. Custom or Policy of prioritizing call volume over public Safety and Medical or legal obligations.

## These failures directly Contributed to:

. The unlawful denial of medical care.

. The wrongful return of John Thomson to An unsafe environment.

. The fatal outcome that happened just hours later...

## Constitutional Violations:

Title 42 U.S.C. § 1983 / "Monell doctrine": Local Governments may be held liable when A policy or custom causes constitutional violations And deprivations.    (paragraphs: 1.5 - 1.22, And, 1.23 - 1.49)

★. (See Attachment:) ★ Statement of facts relavent to All Counts I, II, III, IV, incidental to events during And following WSP - CASE #22-013415, resulting in permanent physical injuries, mental/psycological trauma, loss of freedom And Violation of due process of law. (page. 9)

IV.    RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.*

(See Attachment - "Relief":) page(s):

V.    SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

06/30/25
Dated

Plaintiff's Signature

June 27th, 2025

#444945 - inmate id
311 Grand Avenue
Bellingham, W.A. 98225

Clerk, U.S. District Court
700 Stewart Street, Suite: 2310
Seattle, W.A. 98101-1271

FILED
LODGED
RECEIVED    MAIL

JUL 02 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Dear Deputy Clerk,

Thank you for reaching out to clarify how to file the Civil Claims forms And the INFORMA PAUPERIS forms correctly. Contained within this filing is the Civil Claims packet, plus the Attachments, the (IFP) forms, previous six months of inmate trust account transactions. Hopefully this will be sufficient information in order for my claim to be filed and receive A case number and filing confirmation.

I have been working very hard in order to complete the filing of this claim prior to my sentencing here in Whatcom County Superior Court, cause number 22-1-00960-37. I Am planning on submitting more documentation, information, digital data, as it is made available to me. There may also be some amendments to the filings Allegations as more information is made available to me through discovery. Please let me know if there is anything else that needs to be done so that I can file this claim properly. I Am in A facility in which I Am encountering significant barriers with basic resources such As communication, transparency, legal mail, Access to my own case file, but please feel free to contact me by writing me back!

Sincerely,

John R. Thomson

C/o Abby Adams
P.O. Box # 703
Deming, W.A. 98244



-67 pages-

Legal Mail

WHATCOM COUNTY JAIL

- United States District Court,-
C/o Deputy Clerk.
700 Stewart Street./Suite: 2310
Seattle, W.A. 98101-1271

FILED
LODGED
RECEIVED    MAIL

JUL 02 2025

AT SEATTLE
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY            DEPUTY

Sent: 6/30/25

Legal Mail

Legal Mail